924

No. 747, Misc. HICKOCK v. CROUSE, WARDEN. Supreme Court of Kansas. Certiorari denied. *Joseph P. Jenkins* for petitioner. *William M. Ferguson*, Attorney General of Kansas, and *J. Richard Foth* and *Park McGee*, Assistant Attorneys General, for respondent.

No. 750, Misc. MOREWITZ, ADMINISTRATRIX, v. THE MATADOR ET AL. C. A. 4th Cir. Certiorari denied. *Burt M. Morewitz* for petitioner. *Walter B. Martin, Jr.* for respondents.

No. 758, Misc. SEALS v. WIMAN, WARDEN. C. A. 5th Cir. Certiorari denied. *Charles S. Conley, Martin Bradley, Arthur Kinoy* and *Morton Stavis* for petitioner.

No. 769, Misc. MORIN v. BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 806, Misc. MEADOWS v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Charles T. Matthews* for respondent.

No. 819, Misc. DARLING v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 690, Misc. HAWKINS v. UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit and for other relief denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.